■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER STALEY, Appellant. [656 NYS2d 983] —Judgment unanimously modified on the law and as modified affirmed in accordance with the same Memorandum as in *People v Flagg* (237 AD2d 955 [decided herewith]). (Appeal from Judgment of Oneida County Court, Buckley, J.—Murder, 2nd Degree.) Present—Green, J. P., Lawton, Doerr, Balio and Fallon, JJ.